AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
## for the
### Northern District of New York

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by* )
*name and address)* )
IN THE MATTER OF UNITED STATES POSTAL )
SERVICE PRIORITY MAIL EXPRESS PARCELS )
BEARING TRACKING NUMBERS )
9570111405722304377022 AND
9570110702582304435114 CURRENTLY LOCATED AT
THE U.S. POST OFFICE AT 5640 EAST TAFT ROAD,
SYRACUSE, NEW YORK 13220

Case No. 5:22-mJ-673(TWD)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A-1 and Attachment A-2

located in the Northern District of New York, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is (check one or more):
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 USC § 841(a)(1), 843(b), and 846 | Distribution and possession with intent to distribute controlled substances, use of a communications facility in the commission of narcotics trafficking offenses, and attempt or conspiracy to commit a drug trafficking offense. |

The application is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.
☐ Delayed notice of ___days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Irving Reynolds*
*Applicant's signature*

Irving E. Reynolds, USPIS Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by *telephone* *(specify reliable electronic means)*.

Date: *Nov 3, 2022*

*Judge's signature*

City and state:   Syracuse, New York

Hon. Thérèse Wiley Dancks
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN THE MATTER OF UNITED STATES POSTAL SERVICE PRIORITY MAIL EXPRESS PARCELS BEARING TRACKING NUMBERS 9570111405722304377022 AND 9570110702582304435114 CURRENTLY LOCATED AT THE U.S. POST OFFICE AT 5640 EAST TAFT ROAD, SYRACUSE, NEW YORK 13220** | Case No. 5:22-MJ-<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Irving E. Reynolds, being duly sworn, depose and say as follows:

**INTRODUCTION**

1.      I am a Task Force Officer ("TFO") with the United States Postal Inspection Service ("USPIS") currently assigned to the Contraband Interdiction and Investigation ("CI2") Team in Syracuse, New York. I have been a Police Officer with the City of Syracuse Police Department, New York for over 4 years, with over a year of that time serving as a Detective in the Special Investigation's Division, which focuses primarily on investigating narcotic related offenses under the NYS Penal Law section 220.00.  I have prior employment within New York State as a Police Officer since August 27, 2009.  I have received training in criminal investigations, procedures, and criminal law, and I have acted as the lead investigator and have also assisted other law enforcement agents in numerous criminal investigations and in the execution of search warrants.  I have received training from the USPIS in the investigation of controlled substances and proceeds/payments for controlled substances being transported through the United States Mail. I have also received asset forfeiture training and have consulted with senior postal inspectors.

1

2.      I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061, and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. § 841(a)(1), distribution and possession with intent to distribute controlled substances, Title 21 U.S.C. § 843(b), use of a communications facility in the commission of narcotics trafficking offenses, and Title 21 U.S.C. § 846, conspiracy to possess with intent to distribute and distribution of controlled substances and other federal offenses.

3.      This affidavit supports an application to search two United States Postal Service ("USPS") Priority Mail Express Parcels 9570111405722304377022 and 9570110702582304435114, which are more thoroughly described in Attachment A-1 and A-2 respectively (hereinafter referred to as the "Subject Parcel 1" and "Subject Parcel 2"). Subject Parcel 1 and Subject Parcel 2 are currently in the custody of USPIS, located at 5640 East Taft Road, Syracuse, NY 13220 ("Syracuse Office").

4.      The information contained in this affidavit is based on my knowledge, my observations during the course of this investigation, information conveyed to me by other law enforcement officers, and on my examination and review of physical evidence obtained during the investigation.

5.      This affidavit contains only that information necessary to establish probable cause in support of an application for a search warrant authorizing search of Subject Parcel 1 and Subject Parcel 2. This affidavit is not intended to include each and every fact and matter observed by or made known to agents of the government.

## PROBABLE CAUSE

6.      On October 31, 2022, USPIS personnel were reviewing USPS records for parcels destined for the Northern District of New York which possessed certain characteristics of parcels

that could contain narcotics. For example, I was alerted to Subject Parcel 1 and Subject Parcel 2 because they had been mailed from Puerto Rico, had been paid for in cash, were mailed using Priority Mail Express service, were over three and half pounds, and were a single retail transaction. I observed that Subject Parcel 1 was mailed from Rio Grande, Puerto Rico, and was destined for 947 Pond Street, Unit 303, Syracuse, New York, 13208. I observed that Subject Parcel 2 had been mailed from Rio Grande, Puerto Rico, and was destined for 915 James Street, # B7, Syracuse, New York, 13203. USPIS personnel conducted additional review of the parcels because the parcels were mailed from the area near San Juan, Puerto Rico, an area known a narcotics source area, particularly for cocaine. The sender also did not request that a signature be required from the recipient at the time of delivery, which in my training and experience is consistent with a narcotic related transaction. People shipping illegal goods, such as narcotics, frequently decline the signature-on-delivery service because it requires the recipient to take personal possession of the package in the presence of a Postal worker. I also know through my training and experience that individuals who mail illegal narcotics often pay postage fees using cash in order to avoid detection by law enforcement through the use of credit card or debit card information.

7.      On November 1, 2022, I intercepted Subject Parcel 1 and Subject Parcel 2 at the USPS Syracuse Processing and Distribution Center (P&DC). I observed that Subject Parcel 1 was a USPS Large Flat Rate Mailing Box, bearing the return address Maria Perez, Alturas de Rio Grande, Calle 5, Casa 505, 00745, and addressed to Myrna Cuadrado, 947 Pond St, Unit 303, Syracuse NY 13208. USPIS personnel conducted a query of USPS databases, law enforcement databases, and CLEAR[1] but could not associate the name Maria Perez to Calle 5, Casa 505, Alturas

---

[1] CLEAR is a fee-based database of information commonly used by law enforcement to confirm names, addresses, telephone numbers, and other personal identifiers.

de Rio Grande, 00745. USPIS personnel were able to associate the name Myrna Cuadrado to 947 Pond Street, Unit 303, Syracuse, New York. Through my training and experience, I am aware that it is common for people mailing illegal narcotics to use fictitious names to avoid detection by law enforcement. I believe that, in this instance, the return address name of Maria Perez is an attempt to disguise the sender's true name, and to avoid placing the mailer's true name or identity on the parcel in case the parcel is intercepted by law enforcement. Further, I believe the delivery address name of Maria Pizzaro is an attempt to disguise the recipient's true name.

8.      I observed that Subject Parcel 2 was a USPS Large Flat Rate Mailing Box, bearing the return address Maria Perez, Altura de rio grande, Calle 5, Casa 505, 00745, and addressed to David Aguila, 915 James St, # B7, Syracuse, NY 13203. USPIS personnel conducted a query of USPS databases, law enforcement databases, and CLEAR regarding Calle 5, Casa 505, Rio Grande, Puerto Rico, and 915 James Street, # B7, Syracuse, New York. USPIS and other law enforcement personnel could not associate the name Maria Perez to the Calle 5, Casa 505, Rio Grande, Puerto Rico. Further, USPIS and law enforcement personnel could not associate the name David Aguila to 915 James Street, # B7, Syracuse, New York. I believe that, in this instance, the return address name of Maria Perez is an attempt to disguise the sender's true name, and to avoid placing the mailer's true name or identity on the parcel and the delivery address name of David Aguila is an attempt to disguise the recipient's true name.

9.      While reviewing both parcels, I observed that the return address information and delivery address information were handwritten on labels affixed to the parcels, despite USPS printing and affixing separate labels at the time of the transaction. I observed that the handwriting on both parcels was similar in appearance and appeared to be made by the same type of writing utensil. Further, the return address information handwritten on both parcels was the same but had

4

been interpreted differently by the USPS clerks who accepted the parcels and printed the new labels. I observed that the same tape was used to secure both parcels and that both parcels were mailed in USPS Priority Mail Large Flat Rate boxes despite being Priority Mail Express parcels. Further, both parcels appeared to be taped in the same way (tape applied both perpendicular and parallel to the top opening). Due to this, I believe the parcels were prepared for shipment by the same person. However, I observed that Subject Parcel 1 was mailed from a Post Office in Carolina, Puerto Rico on October 31, 2022, at 12:53 p.m. and Subject Parcel 2 was mailed from Canovanas, Puerto Rico, on October 31, 2022, at 1:47 p.m. USPIS personnel conducted a search using Google Earth and discovered that the Post Offices are approximately 7.7 miles from each other. I further know from previous information that both parcels were mailed as single items. Based on my training and experience, and the experience of other senior Postal Inspectors that I work with, I know that narcotics traffickers often use other individuals to send their parcel/parcels to hinder law enforcement in identifying the true senders and to make the transaction appear more legitimate (i.e. two different persons individuals sending one parcel each versus one individual sending two parcels). Further, I know that narcotics traffickers will often send their narcotics in multiple different parcels to limit the loss of product if law enforcement should seize one of the parcels (i.e. one kilogram each in two boxes versus two kilograms in one box).

10.    I reviewed USPS business records regarding 947 Pond Street, Unit 303, Syracuse, New York. I observed eight (8) previous USPS Priority Mail Express parcels and five (5) USPS Priority Mail parcels originating in Puerto Rico had been sent to 947 Pond Street, Unit 303, since December 2021. The weight of these parcels ranged from 3.75 lbs. to 9.75 lbs., with an average weight of 6.1 lbs. The total weight of all parcels originating in Puerto Rico and destined for 947 Pond Street, Unit 303, since December 2021 is 79.3 lbs.

11.     Further, I reviewed USPS business records regarding 915 James Street, # B7, Syracuse, New York. I observed three (3) previous USPS Priority Mail Express parcels and one (1) USPS Priority Mail parcel originating in Puerto Rico had been sent to 915 James Street, # B7, Syracuse, New York, since May 2022. The weight of these parcels ranged from 3.5 lbs. to 6.8 lbs., with an average weight of 6.0 lbs. The total weight of all parcels originating in Puerto Rico and destined for 915 James Street, # B7, Syracuse, New York, since May 2022 is 24.0 lbs.

12.     On November 1, 2022, at approximately 11:56 a.m., Subject Parcel 1 and Subject Parcel 2 were subject to canine exams by Syracuse Police Officer John Nye and his canine partner "Jarda." At 11:56 a.m., Officer Nye informed me that "Jarda" did alert to Subject Parcel 1. At 11:57 a.m., Officer Nye informed me that "Jarda" did alert to Subject Parcel 2. I was present for the canine examinations and did observe "Jarda" alert to both parcels. Officer Nye provided a detailed deposition on the canine exams and the canine's training and certification. A copy of the deposition for the canine examination of Subject Parcel 1 and Subject Parcel 2 is attached as **Exhibit A.**

13.     I am aware, through experience and conversations with canine handlers, that individuals who regularly handle controlled substances often leave the scent of controlled substances on the box, packaging materials, and other package contents they handle. Packaging materials are also often stored in close proximity to the controlled substances, transferring the odor of the controlled substance to the packaging materials, contents, and parcel. Narcotics detection canines receive training to alert on these scents.

14.     I am aware, through my training and experience, that it is common for those mailing illegal narcotics to use Priority Mail Express. This is true for many reasons, including because:

6

a.  Items sent via Priority Mail Express are considered First Class Mail and cannot be examined without a federal search warrant;

b.  Priority Mail Express is generally expected to be delivered in 1-2 business days. This ensures the narcotic trafficker of expedited delivery;

c.  Various dispatch times (times which a mailed item is transported to the next destination) are available to customers, upon request, and this gives the mailer the opportunity to have some control over the arrival of the mailed item;

d.  Individuals desiring to either send or receive controlled substances and payments for these substances through the U.S. Mail can do so without having to provide identification, thereby reducing the possibility of revealing their true identity; and

e.  Priority Mail Express parcels include individual parcel tracking numbers, which allow the sender, and/or intended recipient, to track the travel of the parcel after it is posted by telephone or internet.

## CONCLUSION

15.   The above facts establish probable cause to believe that Subject Parcel 1 and Subject Parcel 2 contain evidence of violations of federal law, including Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

Attested to by the applicant by telephone in accordance with the requirements of rule 4.1 of the federal rules of criminal procedure.

_Irving Reynolds_

_____
Irving E. Reynolds
USPIS Task Force Officer

I, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on November 5 , 2022, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Thérèse Wiley Dancks
United States Magistrate Judge

8

# EXHIBIT A

## STATEMENT

**STATE OF NEW YORK**
**COUNTY OF ONONDAGA**
**CITY OF SYRACUSE**                                    DR#   -

I, P.O. John Nye                    , being duly sworn, state I am  42    years of age  03/18/1980   (D.O.B.)

and my address is  511 S. State St. Syracuse, NY 13202        My occupation is  Police Officer/K9 Handler

and I have completed  16    years of school.  I can be reached at the following phone numbers. (315)442-5200

home and  (   )  -            work.

Be it known that by this supporting deposition, Officer John Nye swears that he is a duly appointed Police Officer and has been employed as such since September 15, 2009 by the Syracuse Police Department. Officer Nye has also been trained and certified as a canine handler since October 2019. Officer Nye is currently paired with Canine "Jarda", a 5 year old German Shepherd who is trained and certified since October 2019, as a narcotics detection canine by the Syracuse Police Department and the Onondaga County Sheriff's Office. Said canine is certified in the detection of, Cocaine(Crack/Powder), Ecstasy, Methamphetamine and Heroin. On the 1st day of November 2022 at approximately 1156hrs at the United States Post Office, located at 5640 E. Taft Road, North Syracuse, NY 13220, Officer Nye and K9-Jarda did conduct a canine drug sniff of 1, USPS Priority Large Flat Rate cardboard box bearing tracking number: 9570 1114 0572 2304 3770 22. That package measured 12" x 12" x 6" and was being sent to Myrna Cuadrado, 947 Pond St. Apt 303 Syracuse, NY 13208-2201, with a return address from, Maria Perez, Calle 5 ALTURAS DE RIO GRANDE, Rio Grande PR 00945, Rio Grande PR 00745. Said canine sniff did produce a canine alert by scratching at 1 of the 5 used post tubs, placed within the search area, which did contain the above listed package. Canine Jarda alerts in this fashion when he has detected the odor of a narcotic after being directed to check a specific area by the handler.

The above allegations of fact are made by Officer John Nye on direct knowledge & observations.

I have read this statement (had this statement read to me) which consist  1    page(s) and the facts contained therein are true and correct to the best of my knowledge.

**NOTE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK**

Affirmed under the penalty of perjury, this  1st    day of  November        , 20 22

P.O. John L Nye #229
_____                    _____
SIGNATURE                                                    WITNESS

D(10-91)

## STATEMENT

STATE OF NEW YORK
COUNTY OF ONONDAGA
CITY OF SYRACUSE

DR# -

I, P.O. John Nye , being duly sworn, state I am 42 years of age 03/18/1980 (D.O.B.)

and my address is 511 S. State St. Syracuse, NY 13202  My occupation is Police Officer/K9 Handler

and I have completed 16 years of school. I can be reached at the following phone numbers, (315)442-5200

home and ( ) - work.

Be it known that by this supporting deposition, Officer John Nye swears that he is a duly appointed Police Officer and has been employed as such since September 15, 2009 by the Syracuse Police Department. Officer Nye has also been trained and certified as a canine handler since October 2019. Officer Nye is currently paired with Canine "Jarda", a 5 year old German Shepherd who is trained and certified since October 2019, as a narcotics detection canine by the Syracuse Police Department and the Onondaga County Sheriff's Office. Said canine is certified in the detection of, Cocaine(Crack/Powder), Ecstasy, Methamphetamine and Heroin. On the 1st day of November 2022 at approximately 1157hrs at the United States Post Office, located at 5640 E. Taft Road, North Syracuse, NY 13220, Officer Nye and K9-Jarda did conduct a canine drug sniff of 1, USPS Priority Large Flat Rate cardboard box bearing tracking number: 9570 1107 0258 2304 4351 14. That package measured 12" x 12" x 6" and was being sent to David Aguila, 915 James St. Apt B7, Syracuse, NY 13203-2533, with a return address from, Maria Perez 505 Calle 5, Rio Grande, PR 00745-4633. Said canine sniff did produce a canine alert by scratching at 1 of the 5 used post tubs, placed within the search area, which did contain the above listed package. Canine Jarda alerts in this fashion when he has detected the odor of a narcotic after being directed to check a specific area by the handler.

The above allegations of fact are made by Officer John Nye on direct knowledge & observations.

I have read this statement (had this statement read to me) which consist 1 page(s) and the facts contained therein are true and correct to the best of my knowledge.

NOTE: FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.

Affirmed under the penalty of perjury, this 1st day of November , 20 22

P.O. John R. Nye #229
_____
SIGNATURE

_____
WITNESS

D(10-91)

## ATTACHMENT A-1
## ITEM TO BE SEARCHED

The item to be searched is depicted below and is U.S. Postal Service Priority Mail Express parcel **9570111405722304377022**. The parcel measures approximately 12" x 12" x 6" ("Subject Parcel 1") and is currently in the custody of USPIS, located at 5640 East Taft Road, Syracuse, NY 13220 ("Syracuse Office").



## ATTACHMENT A-2
## ITEM TO BE SEARCHED

The item to be searched is depicted below and is U.S. Postal Service Priority Mail Express parcel **9570110702582304435114**. The parcel measures approximately 12" x 12" x 6" ("Subject Parcel 2") and is currently in the custody of USPIS, located at 5640 East Taft Road, Syracuse, NY 13220 ("Syracuse Office").



## ATTACHMENT B
## ITEMS TO BE SEIZED

Evidence, fruits, and instrumentalities of violations of Title 21, United States Code, §§ 841(a)(1) (distribution and possession with intent to distribute controlled substances), 843(b) (use of a communications facility in the commission of narcotics trafficking offenses), and 846 (attempt or conspiracy to commit a drug trafficking offense):

1. Controlled substances, drug paraphernalia, and associated packaging;

2. Proceeds of controlled substance purchases or sales, to include currency, money orders, bank checks, and monetary instruments;

3. Transaction records regarding the purchase, sale, or transfer of controlled substances, to include receipts, bills of sale, and other indicia of purchase/sale;

4. Indicia of who sent the parcel;

5. Indicia of the intended recipient of the parcel.